UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TOWANNA JOHNSON,**

    Plaintiff,

v.                            Case No: 8:23-cv-01227-MSS-TGW

**MELISSA GOULD, DAMIAN MICHAEL OZARK, ANGELINA COLONNESO, KEN BURTON, JR., CHARLES E. HACKNEY,**

    Defendants.

---

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Amended Complaint. (Dkt. 4). On April 8, 2024, United States Magistrate Judge Thomas G. Wilson issued a Report and Recommendation, recommending the Amended Complaint be dismissed with prejudice. (Dkt. 7) On May 3, 2024, Plaintiff filed her objections to the Report and Recommendation. (Dkt. 8)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed

findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 7), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiff's Amended Complaint, (Dkt. 4), is **DISMISSED WITH PREJUDICE.**

3. This case is **DISMISSED WITH PREJUDICE**. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of October 2024.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person